OPINION — AG — **** TRIAL BIKES OR MINI BIKES NOT ALLOWED ON STREETS OR HIGHWAYS **** THOSE SO CALLED "TRIAL BIKES" AND "MINI BIKES" WHICH WERE REGISTERED AND IN OPERATION PRIOR TO THE EFFECTIVE DATE OF 47 O.S. 1971 22.5-1 [47-22.5-1] ARE NOT EXEMPT FROM THE PROVISIONS OF THAT STATUTE, SINCE THE LEGISLATURE DID NOT PROVIDE SUCH EXEMPTION IN ITS ACT. CITE: 47 O.S. 1971 22.1 [47-22.1] (STEVEN E. MOORE)